UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EMMA NAGLE-ALEXANDER | CIVIL ACTION |
| VERSUS | NO: 23-1055 |
| KARL SENNER, et al. | SECTION: T (5) |

## ORDER

Before the Court is a Motion to Dismiss for Failure to State a Claim pursuant to Rule 12(b)(6) filed by Defendants Karl Senner, Steven Valdes, Christopher Senner, and Karl Senner, L.L.C. R. Doc. 9. Plaintiff has not filed a response, and the time for doing so has elapsed; accordingly, the Motion is unopposed. For the reasons set forth below, the Court will grant the Motion to Dismiss.

In her complaint (R. Doc. 1-1) pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e), Plaintiff claims that Karl Senner, Christopher Senner, and Steven Valdes subjected her to harassment and bullying during her employment with Karl Senner, L.L.C. and thus purports to assert claims against these individual Defendants pursuant to Title VII. Defendants counter that any such claims arising under Title VII are ripe for dismissal as "[t]he law is clear in the Fifth Circuit that there is no individual liability under Title VII." R. Doc. 9-1, p. 3 (quoting *Hilliard v. Parish*, 991 F. Supp. 2d 769, 774 (E.D. La. 2014) (citing *Ackel v. Nat'l Commc'ns, Inc.*, 339 F.3d 376, 381 n. 1 (5th Cir.2003)). Because the Motion is unopposed and appears to have merit, the Court will grant the Motion.

Accordingly,

**IT IS ORDERED** that the Motion to Dismiss pursuant to Rule 12(b)(6) is GRANTED and

1

all claims asserted by Plaintiff Emma Nagle-Alexander against Defendants Karl Senner, Christopher Senner, and Steven Valdes are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 17th day of May 2023.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE